OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED FIRST CLASS

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

01-07-15

UNITED STATES

PITNEY BOWES

02 1R          $ 00.26⁵
0002003152     JAN 06 2015
MAILED FROM ZIP CODE 78701

**12/23/2014**
**GLASS, ARELIOUS**          Tr. Ct. No. 64834-A          WR-82,614-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ARELIOUS GLASS
~~JESTER III UNIT~~ - TDC # 1734508
~~3 JESTER ROAD~~
~~RICHMOND, TX 77406~~

RTS-
Discharged
TF

KGJVS3B 77406